Argued and submitted October 28, 1992, affirmed November 17, 1993

MARK DEAN DAVIS,
*Petitioner,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent.*

(CA A71553)

862 P2d 548

Lawrence J. Hall, Deputy Public Defender, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender.

Harrison Latto, Assistant Attorney General, argued the cause for respondent. On the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Yuanxing Chen, Assistant Attorney General.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Allred v. Board of Parole*, 124 Or App 278, 862 P2d 546 (1993).